■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT J. COVELL, Appellant. [887 NYS2d 913]—Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered July 21, 2008. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree and reckless driving.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Martoche, Smith, Carni and Green, JJ.